# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 18-2290

———————————————

Raphael Mendez,

*Plaintiff - Appellant,*

v.

Officer T. Dole, e-mail monitor; Lt. Sladek, Correctional Lt.; J. Peterson, Unit
Officer; Dr. Gabel, Psychologist; Unknown Unit Discipline Committee (UDC)
Members; Unknown Discipline Hearing Officer (DHO) Members; Warden L. LaRiva,

*Defendants - Appellees.*

——————————

Appeal from United States District Court
for the District of Minnesota - Minneapolis

——————————

Submitted: February 6, 2019
Filed: February 11, 2019
[Unpublished]

——————————

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Raphael Mendez appeals following the district court's[1] dismissal of his civil rights action. We agree with the district court that Mendez's claims were barred by sovereign immunity. *See Johnson v. Outboard Marine Corp.*, 172 F.3d 531, 535 (8th Cir. 1999); *Buford v. Runyon*, 160 F.3d 1199, 1203 (8th Cir. 1998). Accordingly, we affirm. *See* 8th Cir. R. 47B.

————————————————————

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.